Nikgjonaj Realty Corp. v Garber

2026 NY Slip Op 50757(U)

May 20, 2026

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Digest-Index Classification: Landlord and Tenant—Summary Proceedings--Holdover Proceeding--Defective Notices

Nikgjonaj Realty Corp., Petitioner-Landlord-Appellant,

v

Gloria Garber, Respondent-Tenant-Respondent.

Supreme Court, Appellate Term, First Department

Decided on May 20, 2026

570012/26

Present: James, P.J., Brigantti, Perez, JJ.

Landlord, as limited by its brief, appeals from so much of an order of the Civil Court of the City of New York, Bronx County (Howard Jacob Baum, J.), dated January 27, 2025, which granted tenant's cross-motion to dismiss the petition in a holdover summary proceeding.

[*1]

Per Curiam.

Order (Howard Jacob Baum, J.), dated January 27, 2025, affirmed, with $10 costs.

Civil Court properly granted tenant's cross-motion to dismiss the petition alleging a violation of a "substantial obligation of the tenancy." The notice to cure and notice of termination were defective because they "fail[ed] to cite any specific prohibition in the lease which had been violated by" the alleged conditions in the apartment (Chinatown Apts., Inc. v Chu Cho Lam, 51 NY2d 786, 788 [1980]; see 49 W. 12 Tenants Corp. v Seidenberg, 6 AD3d 243, 244 [2004]; Bray Realty, LLC v Pilaj, 59 Misc 3d 130[A], 2018 NY Slip Op 50426[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2018]).

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

I concur I concur I concur

Decision Date: May 20, 2026